UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **MATTHEW JOSEPH JONES #40373-074,** | **CIVIL ACTION NO. 1:22-CV-01472** |
| | **SECTION P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **POLLOCK BUREAU OF PRISONS, ET AL.** | **MAG. JUDGE PEREZ-MONTES** |

### JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 6] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Complaint [Doc. No. 1] is **DENIED** and **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915A.

**IT IS FURTHER ORDERED** that the Motion to Appoint Counsel [Doc. No. 5] filed by Plaintiff is **DENIED** as moot.

**MONROE, LOUISIANA**, this 31st day of October 2022.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**